

**ORDERED in the Southern District of Florida on January 11, 2026.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                  Case No. 25-23581-BKC-LMI

WHAIRHOUSE HOLDINGS LLC,
                                                        Chapter 7

      Debtor.
_____/

## ORDER DISMISSING CASE

THIS MATTER came on to be heard on December 23, 2025 upon the Order to Show Cause Why Case Should not be Dismissed for Failure of Corporate Debtor to Retain Counsel (ECF #5). Counsel for Debtor did not appear at the hearing. Based on the record, it is

ORDERED:

1.    The case is hereby dismissed with prejudice for two years.

2.    All pending motions are denied as moot.

# # #

2

Copies to:
Jennifer Iturralde Pina owner of Whairhouse Holdings LLC